# LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Fax: 415.434.0882
www.lewisbrisbois.com

STEPHEN J. LIBERATORE
DIRECT DIAL: 415.262.8510
STEPHEN.LIBERATORE@LEWISBRISBOIS.COM

June 8, 2015

File No.
27745.15

The Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Manheimer v. National General Insurance Company, et al.*
      United States District Court, Northern District Case No.:  3:15-CV-00742LB

Dear Chief Magistrate Judge Spero,

The Court, per Magistrate Judge Laurel Beeler, has referred the above-referenced action to you to preside over and conduct an Early Settlement Conference.  Plaintiffs' counsel, Michael Villeggiante, and I are working with your calendar clerk and courtroom deputy Karen Hom in scheduling the conference, which we hope to set for a day before the end of July.

On behalf of Mr. Villeggiante and myself, I write to request your authorization to allow Plaintiff Gloria Costa and Defendants' representative James Brown to appear and participate in the early settlement conference by telephone.  Ms. Costa is presently out of the country and will not return until August 18.  Mr. Brown – who is overseeing the defense of this matter – is in Cleveland, OH.  Mr. Villeggiante and I agree that an effective early settlement conference can be conducted without Ms. Costa and Mr. Brown physically present but participating remotely by telephone.

Please advise whether the Court will permit this arrangement for the Early Settlement Conference.

ALBUQUERQUE • ATLANTA • BEAUMONT • BOSTON • CHARLESTON • CHICAGO • DALLAS • DENVER • FORT LAUDERDALE • HOUSTON • LA QUINTA

LAFAYETTE • LAS VEGAS • LOS ANGELES • MADISON COUNTY • NEW ORLEANS • NEW YORK • NEWARK • ORANGE COUNTY • PHILADELPHIA • PHOENIX

SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • SEATTLE • TAMPA • TEMECULA • TUCSON • WICHITA

4852-3271-8116.1

The Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California
June 8, 2015
Page 2


Thank you for your attention to this matter.

Very truly yours,

Stephen J. Liberatore of
LEWIS BRISBOIS BISGAARD & SMITH LLP

SJL:ml

cc:   Michael J. Villeggiante, Esq.

Dated: June 10, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Joseph C. Spero